**Opinion filed October 21, 2010**



## In The

# Eleventh Court of Appeals

_____

## No. 11-10-00268-CV

_____

### JIM AND SHARON MOYLAN, Appellants

### V.

### KENNETH LAUGHLIN, KENMOR PROPERTIES LLC AND APPLIED FUEL TECHNOLOGY, Appellees

**On Appeal from the 91st District Court**
**Eastland County, Texas**
**Trial Court Cause No. CV0941451**

### M E M O R A N D U M   O P I N I O N

Jim and Sharon Moylan have filed in this court a motion to dismiss their appeal. In their motion, they state that the parties have entered into a settlement and partial release of the judgment and that they no longer desire to pursue this appeal. The motion is granted, and the appeal is dismissed.

PER CURIAM

October 21, 2010

Panel consists of: McCall, J., and Strange, J.

Wright, C.J., not participating.